# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY LALL, | : | Civil No. 1:20-CV-01018 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| ANGELA HOOVER, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Martin C. Carlson |

| | | |
|---|---|---|
| GARY LALL, | : | Civil No. 1:20-CV-01063 |
| Petitioner, | : | |
| v. | : | Judge Jennifer P. Wilson |
| WARDEN OF CLINTON COUNTY CORRECTIONAL FACILITY, | : | |
| Respondent. | : | Magistrate Judge Martin C. Carlson |

## ORDER

**AND NOW**, on this 9th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. For the purposes of this order, the earlier filed of the above cases (*Lall v. Hoover*, No. 1:20-CV-01018) shall be referred to as *Lall I*, and the later filed case (*Lall v. Warden Clinton County Correctional Facility*, No. 1:20-CV-01063) shall be referred to as *Lall II*.

2. The report and recommendation issued by United States Magistrate Judge Martin C. Carlson (*see Lall I*, Doc. 21; *Lall II*, Doc. 10) is **ADOPTED**.

3. Plaintiff/Petitioner Gary Lall's ("Lall") objections to the report and recommendation (*see Lall I*, Doc. 26; *Lall II*, Doc. 12) are **OVERRULED**.

4. *Lall I* is **DISMISSED WITHOUT PREJUDICE**.

5. Lall's petition for writ of habeas corpus in *Lall II* is **DENIED WITHOUT PREJUDICE**.

6. Lall's motion to supplement (*see Lall I*, Doc. 18) is **DENIED**.

7. Lall's emergency motions to answer his motion for release or bail (*see Lall I*, Docs. 19, 28; *Lall II*, Doc. 16), which the court construes as motions to expedite, are **DENIED AS MOOT**.

8. The Clerk of Court is directed to close both of these cases.

                                         s/Jennifer P. Wilson
                                         JENNIFER P. WILSON
                                         United States District Court Judge
                                         Middle District of Pennsylvania